UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

Plaintiff,

-against-

GAS BIJOUX USA CORP, et al.,

Defendants.

24-CV-3013 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

Plaintiff Namel Norris filed this action on April 20, 2024, (Doc. 1), and filed affidavits of service on Defendant Gas Bijoux USA Corp. and Hop Hing Realty Corp. (collectively "Defendants") on May 19, 2024, (Docs. 7, 8). The deadline for Defendants to respond to Plaintiff's complaint was June 3, 2024. On August 25, 2026, Plaintiff filed another affidavit of service again confirming service on Defendant Gas Bijoux USA Corp. (Doc. 10.) To date, Defendants have not appeared or responded to the complaint. Moreover, Plaintiff has also taken no further action to prosecute this case.

However, "[d]istrict courts generally have considerable discretion to extend deadlines contained in pretrial orders." *Elliott Assocs. v. Republic of Peru*, No. 96-CV-7916, 1997 WL 436493, at *3 (S.D.N.Y. Aug. 1, 1997). Accordingly, I sua sponte extend the deadline for Defendants to answer or otherwise respond to the complaint until October 23, 2026. If Defendants do not respond by this date, Plaintiff is directed to seek a default judgment in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 6, 2026. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule

of Civil Procedure 41(b).

SO ORDERED.

Dated: October 9, 2026
New York, New York

Vernon S. Broderick
United States District Judge